UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERYL POMPONIO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MUJADDIDE ABDUL SAMI, et al.,<br><br>　　　　　Defendants. | Case No. 4:20-cv-01999-KAW<br><br>**ORDER TO FILE DISMISSAL WITHIN 60 DAYS**<br><br>Re: Dkt. No. 9 |

　　　On June 10, 2020, Plaintiff filed a notice of settlement. Accordingly, Plaintiff shall file a dismissal within 60 days of this order, absent any extension ordered by the Court.

　　　IT IS SO ORDERED.

Dated: June 11, 2020

　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　United States Magistrate Judge